UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3 MAR 20__
```

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

BRADY M. SCHOFIELD,

Defendant.

Civil Action No. 06 CV 4273(PAC)
ECF Case

[~~PROPOSED~~] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry account number 06 CV 4273, under the case name designation "SEC v. Brady M. Schofield," for the amount of $124.16 payable to Damasco & Associates Trust Account, for the payment of tax obligations, as provided in the Declaration. The check shall contain the notation SEC v. Brady M. Schofield, 20-8782486, and payment identification (*e.g.*, "2006 and 2007 late payment").

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: (650) 726-4100

1

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: *March 23, 2009*

_____
UNITED STATES DISTRICT JUDGE